## Commonwealth *v.* Baker, Appellant.

Submitted September 9, 1968. *Richard Baker,* appellant, in propria persona; *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Belgrave, Appellant.

Submitted September 13, 1968. *Mervyn R. Turk,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Vram S. Nedurian,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.